UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRANCISCO TORRES,

                Petitioner,

   -against-

VICTOR HERBERT, Superintendent,
Attica Correctional Facility,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
02-CV- 5268 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 17 2005 ★

P.M. _____
TIME A.M. _____

      An Order of Honorable David G. Trager, United States District Judge, having been filed on August 4, 2005, finding that the July 28, 2003 objections of petitioner to the Report and Recommendations of Magistrate Judge Lois Bloom do not raise any issue warranting reconsideration of the Court's initial adoption of the Report and Recommendation; and denying the petitioner's motion for a writ of habeas corpus; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying petitioner's motion for a writ of habeas corpus.

Dated: Brooklyn, New York
       August 05, 2005

                                                    s/Robert C. Heinemann
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court